UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                              No.  22-CR-473-LTS

CESAR VASQUEZ JORDAN, MICKY                      ORDER
COLON,

        Defendants.

-------------------------------------------------------x

        The arraignment and initial pretrial conference in this case is scheduled to proceed on **September 20, 2022, at 10:00 a.m**. in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                           /s/ Laura Taylor Swain_____
       September 9, 2022                              LAURA TAYLOR SWAIN
                                                                    Chief United States District Judge