UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                          No.  22-CR-473-LTS

Cesar Vasquez Jordan,                                              ORDER

          Defendant.

-------------------------------------------------------x

The next pretrial conference in this case is scheduled to proceed on Tuesday, May 28, 2024, at 3:30 p.m., in Courtroom 17C.

SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain
        May 17, 2024                              LAURA TAYLOR SWAIN
                                                        Chief United States District Judge