

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 3, 2024

**BY ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   **United States v. Cesar Vasquez Jordan**
       **22 Cr. 473 (LTS)**

Dear Judge Swain:

    With the consent of defense counsel, I write to ask the Court to adjourn the status conference that is scheduled for October 11, 2024 until December 18, 2024 at 11:00 AM. The parties also request that the Court continue to exclude time under the Speedy Trial Act until the latter of the rescheduled conference. The exclusion of time is in the interests of justice because it will allow the parties an opportunity to continue ongoing discussions about pretrial resolutions to the case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _/s/ Andrew Jones_
    Andrew Jones
    Assistant United States Attorney
    (212) 637-2467

cc: All defense counsel

The foregoing request is granted. The next pretrial conference in this case is adjourned to December 18, 2024, at 11:00 a.m., in Courtroom 17C. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through December 18, 2024, outweigh the best interests of the public and the defendant in a speedy trial to afford time for advice and discussions. This resolves docket entry no. 92. SO ORDERED.

Dated: October 3, 2024
/s/ Laura Taylor Swain, Chief U.S.D.J.