# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 16, 2024

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

RE:    **United States v. Cesar Vasquez Jordan**
       **22 Cr. 473 (LTS)**

Dear Judge Swain:

  I write on behalf of Mr. Vasquez Jordan to respectfully request an adjournment of the conference currently scheduled for December 18, 2024, to January 13, 2025 at 12pm, when I understand the Court is available. The parties are in the final stages of discussing a resolution in this case short of trial, but do not anticipate having such a resolution before December 18. Accordingly, we seek an adjournment to finalize these discussions. The government has no objection to this request. In addition, the defense consents to excluding time under the Speedy Trial Act until the date of the next conference.

Respectfully Submitted,

/s/_____
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC:    AUSA Andrew Jones

The foregoing request is granted. The pretrial conference scheduled for December 18, 2024 is adjourned and a change of plea hearing is scheduled for January 13, 2025, at 12:00 p.m.  The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through January 13, 2025, outweigh the best interests of the public and the defendant in a speedy trial to afford time for counsel to discuss potential pretrial resolutions. This resolves docket entry no. 94.  SO ORDERED.

/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: December 16, 2024