UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

CESAR VASQUEZ JORDAN,

Defendant.

**INFORMATION**

S2 22 Cr. 473 (LTS)

---

**COUNT ONE**
**(Transfer of a Firearm to a Prohibited Person)**

The United States Attorney charges:

1. On or about July 6, 2022, in the Southern District of New York and elsewhere, CESAR VASQUEZ JORDAN, the defendant, sold and otherwise disposed of a firearm and ammunition to another person, knowing and having reasonable cause to believe that such person intended to sell or otherwise dispose of the firearm and ammunition in furtherance of a felony, a Federal crime of terrorism, and a drug trafficking offense, as those terms are defined in Title 18, United States Code, Section 932(a), to wit, VASQUEZ JORDAN sold numerous firearms, including assault rifles and firearms with large capacity magazines to a purchaser in the Bronx, New York.

(Title 18, United States Code, Section 922(d)(10).)

*[signature]*
DANIELLE R. SASSOON
United States Attorney