UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No.  22-CR-473-LTS

CESAR VASQUEZ JORDAN,                                           <u>Order</u>

        Defendant.

-------------------------------------------------------x

        The Court is in receipt of defense counsel's request to redact portions of the defense sentencing submission on the public docket (docket entry no. 104), and to file Exhibit A to the defense sentencing submission entirely under seal.  The information sought to be sealed and/or redacted consists of names of minors and sensitive medical and related information.  Because the Court finds that the importance of protecting the designated information outweighs the public interest in access to the details of this information and the request is sufficiently narrowly tailored, the request is granted.  Defense counsel is directed to bring a hard copy of the unredacted sentencing submission as well as Exhibit A to sentencing for sealed filing.

        SO ORDERED.

Dated: New York, New York                        /s/ Laura Taylor Swain
      May 27, 2025                              LAURA TAYLOR SWAIN
                                                Chief United States District Judge